IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AMERICAN SYRINGOMYELIA ALLIANCE PROJECT<br>*Plaintiff,*<br><br>VS.<br><br>CHIARI AND SYRINGOMYELIA, FOUNDATION,<br><br>*Defendant.* | § § § § § § § § § § § § CIVIL ACTION NO. 2-08 CV-262 TJW |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED, by and between Plaintiff, AMERICAN SYRINGOMYELIA ALLIANCE PROJECT, and Defendant CHIARI AND SYRINGOMYELIA FOUNDATION, through their counsel of record and subject to approval of the Court, that:

(1) all claims presented by Plaintiff's First Amended Complaint shall be dismissed without prejudice as to CHIARI AND SYRINGOMYELIA FOUNDATION; and

(2) the parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

**COGHLAN CROWSON, LLP**
1127 Judson Road, Suite 211
P.O. Box 2665
Longview, TX 75606-2655
Tel. (903) 758-5543
Fax: (903) 753-6989
bworthington@ccfww.com

By: _____
Stayton L. Worthington
State Bar No. 22010200

ATTORNEY FOR PLAINTIFF, AMERICAN
SYRINGOMYELIA ALLIANCE PROJECT


**SCOTT, DOUGLASS & McCONNICO, LLP**
600 Congress Avenue, Suite 1500
Austin, TX 78701
(512) 495-6300
(512) 474-0731 Fax

By: _____
Steve McConnico
State Bar No. 13450300
Attorney-in-Charge
Smcconnico@scottdoug.com
Paige Arnette Amstutz
State Bar No. 00796136
Pamstutz@scottdoug.com
Steve Wingard
Texas Bar No. 00788694
swingard@scottdoug.com

ATTORNEY FOR DEFENDANT CHIARI AND
SYRINGOMYELIA FOUNDATION

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served electronically to all counsel of record pursuant to Local Rules for the United States District Court for the Eastern District of Texas on this the 22nd day of October, 2008.

_____
Stayton L. Worthington